UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-3511 ABC (PJWx) | Date | July 2, 2014 |
|---|---|---|---|
| Title | William G. Kocol, et al. v. United States of America, et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                              None Present

**Proceedings:**     ORDER **DISMISSING** First Amended Complaint Without Prejudice
(In Chambers)

Pending before the Court is Plaintiffs William G. Kocol and Timothy A. Gajewski's Third Motion for Final Order, filed on June 20, 2014. (Docket No. 84.) No opposition has been filed.

The Court's April 7, 2014 Order permitted Plaintiffs to file a Second Amended Complaint no later than twenty (20) days from the date of the Order, and indicated that Plaintiffs' failure to do so would result in the case being dismissed without prejudice to Plaintiffs' later timely filing of claims pursuant to the Federal Tort Claims Act. (Docket No. 71.) Plaintiffs did not amend the FAC.

Accordingly, the FAC is **DISMISSED** without prejudice in its entirety.

**IT IS SO ORDERED.**

: 
Initials of Preparer          cb